UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) Crim. No. 19-mj-4021-DHH
)
SEALED )

## MOTION TO UNSEAL

Defendant Cameron Lacroix, pro-se, respectfully moves to unseal the search warrant application, supporting affidavit, the search warrant itself, the original sealing motion, and any other related dockets. In support of this motion, Defendant states that the warrant was executed in February of 2019 and sought to support to a supervised release revocation hearing which has long concluded *(Dkt No. 14-cr-10227-PBS)*. Defendant asserts that the warrant itself was issued to T-Mobile for cell site location information pertaining to a device that the Government attributed to him. Defendant makes this request based on the fact that there is no longer any requirement to maintain secrecy as the revocation sentence was completed and there is no pending appeal.

Respectfully Submitted,

CAMERON LACROIX
Pro-se

_____ 11-20-25
Cameron Lacroix
PO Box 620144
Newton, MA 02462
Tel: 617-539-6662

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 20, 2025.

Cameron Lacroix , Pro se