UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | 19-mj-4021-DHH |
| | ) | |
| SEALED | ) | |
| | ) | |
| | ) | |

DEFENDANT'S MOTION TO UNSEAL

The government does not object to the defendant's motion to unseal.

Respectfully submitted,

LEAH B. FOLEY
U.S. ATTORNEY

/s/ Mackenzie A. Queenin
MACKENZIE A. QUEENIN
ASSISTANT U.S. ATTORNEY

CERTIFICATE OF SERVICE

I hereby certify that this document will be sent electronically to all registered participants as identified in the Notice of Electronic Filing.

/s/ Mackenzie A. Queenin
MACKENZIE A. QUEENIN

**Dec 8, 2025**

Defendant's unopposed motion to unseal the search warrant and supporting affidavit and attachments is allowed.

David H. Hennessy

-